| CDIL PROB 22 (Rev. 4/97) | **TRANSFER OF JURISDICTION** | | DOCKET NUMBER *(Tran. Court)* 96-40032-003 |
|---|---|---|---|
| | | | DOCKET NUMBER *(Rec. Court)* |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE: Tomas Ginez Rojas | DISTRICT: CENTRAL DISTRICT OF ILLINOIS | DIVISION Rock Island |
|---|---|---|
| | NAME OF SENTENCING JUDGE HONORABLE MICHAEL M. MIHM | |
| | DATES OF PROBATION/SUPERVISED RELEASE: | FROM 12/06/2002 | TO 12/05/2010 |

OFFENSE

Conspiracy to Possess with the Intent to Distribute Marijuana
21 U.S.C. 841(a)(1)

FILED
SEP 2 1 2005
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF ILLINOIS

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the supervised releasee named above be transferred with the records of the Court to the United States District Court for the Southern District of Texas upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

8/17/05
Date

S/Michael M. Mihm
HON. MICHAEL M. MIHM
United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF TEXAS

IT IS HEREBY ORDERED that jurisdiction over the above-named supervised releasee be accepted and assumed by this Court from and after the entry of this order.

8/31/05
Effective Date

S/George P. Kazen
United States District Judge