

# United States District Court

JOHN M. WATERS
CLERK OF COURT

CENTRAL DISTRICT OF ILLINOIS

TEL: 309.793.5778
FAX: 309.793.5878

OFFICE OF THE CLERK
40 POST OFFICE BUILDING
211 - 19TH STREET
ROCK ISLAND, ILLINOIS 61201

9/26/05

Clerk, U.S. District Court
1300 Victoria, Suite 2111
Laredo, TX 78040


Re: USA v Tomas Ginez Rojas
CDIL Case # 96-40032-003


Dear Clerk,

Enclosed you will find a certified copy of the Transfer order (Prob 22) allowing for the Transfer of Jurisdiction of Tomas Ginez Rojas to your district.  At this time, I am sending you certified copies of the following documents:

Indictment
Judgment and Commitment Order
Financial record
Docket sheet

If you should need anything further, please do not hesitate to contact me.

Sincerely,

S/Denise Koester

Denise Koester, Deputy in Charge

Enc.

Please acknowledge receipt of these documents: _____     _____
                                                  Date            Signature