

# United States District Court

| | | |
|---|---|---|
| JOHN M. WATERS<br>CLERK OF COURT | CENTRAL DISTRICT OF ILLINOIS<br><br>OFFICE OF THE CLERK<br>40 POST OFFICE BUILDING<br>211 - 19TH STREET<br>ROCK ISLAND, ILLINOIS 61201 | TEL: 309.793.5778<br>FAX: 309.793.5878 |

9/26/05

Clerk, U.S. District Court
1300 Victoria, Suite 2111
Laredo, TX 78040

United States District Court
Southern District of Texas
RECEIVED
SEP 2 9 2005
Michael N. Milby, Clerk
Laredo Division

FILED
OCT 4 2005
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

Re: USA v Tomas Ginez Rojas
CDIL Case # 96-40032-003

Dear Clerk,

Enclosed you will find a certified copy of the Transfer order (Prob 22) allowing for the Transfer of Jurisdiction of Tomas Ginez Rojas to your district. At this time, I am sending you certified copies of the following documents:

Indictment
Judgment and Commitment Order
Financial record
Docket sheet

If you should need anything further, please do not hesitate to contact me.

Sincerely,

S/Denise Koester

Denise Koester, Deputy in Charge

Enc.

Please acknowledge receipt of these documents: 9/29/05     [signature]
                                                  Date           Signature